

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| Capitol Appraisal Group, L.L.C., | § | No. 08-14-00296-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| Western Refining Co., L.P., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014-DCV-00446) |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 4, 2015**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. S. Anthony Safi, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 4, 2015.

IT IS SO ORDERED this 15th day of January, 2015.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.